UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                        Hon. Robert J. Jonker

v.

                                        Case No.  1:26-cr-00067

SIVERIO ALDAMA- GALVEZ,

       Defendant.

_____/

**ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in an Indictment.   The Indictment charges him with alien  aggravated felon reentry, in violation of  8 U.S.C. § 1326(a) and (b)(2).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on July 15, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing  by  preponderant  evidence  that  defendant  poses  a  risk  of  non-appearance.  The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the

community.  Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on July 15, 2026.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge